THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINA ANTROPOLI, Appellant. [836 NYS2d 446]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John J. Connell, J.— Violation of Probation). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDY BLANC, Appellant. [836 NYS2d 447]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Robbery, 1st Degree). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWN, Appellant. [836 NYS2d 448]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Robbery, 1st Degree). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.